# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RICKEY A. MACKEY, BALDEMAR MERCADO, and GOLDIE BYRD<br>　　　Plaintiffs,<br><br>vs.<br><br>FLUOR INTERCONTINENTAL, INC.<br>　　　Defendant. | Case No. 4:15-cv-01913 |

## DEFENDANT FLUOR INTERCONTINENTAL, INC.'S MOTION TO DISMISS COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), Defendant Fluor Intercontinental, Inc., hereby respectfully moves to dismiss Plaintiffs Rickey Mackey, Baldemar Mercado and Goldie Byrd's ("Plaintiffs") complaint [Dkt. 1] in its entirety. Plaintiffs' allegations do not state an actionable claim of retaliation under the False Claims Act and are not pleaded with sufficient particularity.

The grounds for this motion are more particularly set forth in the accompanying memorandum. A proposed order granting this motion is attached.

Dated:  August 4, 2015　　　　　　　BAKER HOSTETLER LLP

　　　　　　　　　　　　　　　　　　By:　*/s/ Dennis Duffy*
　　　　　　　　　　　　　　　　　　　　　Dennis Duffy, *attorney in charge*
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 06168900
　　　　　　　　　　　　　　　　　　　　　Ashlee Cassman Grant
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24082791
　　　　　　　　　　　　　　　　　　　　　811 Main Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　　Houston, TX  77002
　　　　　　　　　　　　　　　　　　　　　Phone: (713) 646-1364
　　　　　　　　　　　　　　　　　　　　　Fax: (713) 751-1717
　　　　　　　　　　　　　　　　　　　　　dpduffy@bakerlaw.com
　　　　　　　　　　　　　　　　　　　　　agrant@bakerlaw.com

　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT FLUOR INTERCONTINENTAL, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4TH day of August, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner to those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

**Via CM/ECF to:**

Lionel Martin
Melissa Garcia-Martin
GARCIA-MARTIN & MARTIN, P.C.
10707 Corporate Drive, Suite 100
Stafford, Texas 77477
Lmartin@mgmartinlaw.com
Mmartin@mgmartinlaw.com

Mark A. Correro
Lance Leisure
CORRERO & LEISURE, P.C.
2909 Hillcroft Avenue, Suite 305
Houston, Texas 77057
Mark@CorreroLeisure.com
Lance@CorreroLeisure.com

                                                */s/ Dennis P. Duffy*
                                                DENNIS P. DUFFY