United States District Court
Southern District of Texas
**ENTERED**
April 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICKEY A. MACKEY, *et al*, § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-1913 |
| § | |
| FLUOR INTERCONTINENTAL INC, § § | |
| Defendant. § | |

**ORDER GRANTING PLAINTIFFS' SECOND EXPARTE CONFIDENTIAL MOTION TO STAY ALL PROCEEDINGS**

On this day, the Court considered the plaintiffs' second exparte confidential motion to stay all proceedings for an additional period of at least six months (Dkt. No. 28). Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is, therefore, ORDERED that all proceedings are hereby **STAYED** until **October 1, 2017**.

It is so **ORDERED**.

SIGNED on this 5th day of April, 2017.

_____
Kenneth M. Hoyt
United States District Judge