United States District Court
Southern District of Texas
**ENTERED**
September 26, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICKEY A. MACKEY, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-1913 |
| | § | |
| FLUOR INTERCONTINENTAL INC, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFFS' THIRD EXPARTE CONFIDENTIAL MOTION TO**
**STAY ALL PROCEEDINGS**

On this day, the Court considered the plaintiffs' third exparte confidential motion to stay

all proceedings for an additional period of at least six months (Dkt. No. 30). Having considered

the motion, the Court finds that the motion should be **GRANTED**.

It is, therefore, ORDERED that all proceedings are hereby **STAYED** until **March 31,**

**2018**.

It is so **ORDERED**.

SIGNED on this 26th day of September, 2017.

_____
Kenneth M. Hoyt
United States District Judge