# Garcia-Martin & Martin, P.C.

Attorneys at Law

10701 Corporate Drive, Suite 350
Stafford, Texas 77477
www.mgmartinlaw.com

Telephone: (281) 277-3066                                            Facsimile: (281) 277-3067

May 28, 2020

David J. Bradley                                                    *Via CM/ECF*
Clerk of Court
P.O. Box 61010
Houston, Texas 77208

       RE:    Notice of Unavailability for Melissa Garcia-Martin
                   State Bar No. 24039035; Federal ID No. 38613

Dear Mr. Bradley:

      Please be advised that I will be taking vacation and will be unavailable on the following dates:

1. July 20, 2020 through July 24, 2020;
2. August 10, 2020 through August 14, 2020;
3. August 17, 2020 through August 21, 2020; and
4. November 23, 2020 through November 27, 2020.

      Kindly, I request that no hearings be scheduled during these dates. If you have any questions, please feel free to contact me at 281-277-3066.

Very truly yours,

*/s/ Melissa G. Martin*

Melissa G. Martin

MGM/kc